*945 ante, p. 921; 508 U. S. 961; ante, p. 926; ante, p. 926; ante, p. 926; 508 U. S. 919; 508 U. S. 953; 508 U. S. 954; ante, p. 927; ante, p. 928; ante, p. 928; ante, p. 928; *946 ante, p. 920; ante, p. 910; ante, p. 910; ante, p. 930; ante, p. 930; ante, p. 932; and ante, p. 932. Petitions for rehearing denied.
No. 92-8599.
No. 92-8603.
No. 92-8604.
No. 92-8676.
No. 92-8698.
No. 92-8852.
No. 92-8880.
Justice Ginsburg took no part in the consideration or decision of these petitions.